```
MICHELE M. BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS RAFAEL ULLOA VALLEJO,<br><br>Defendant. | CASE NO. 1:24-CR-00128-JLT-SKO<br><br>**STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING AND VACATE STATUS CONFERENCE** |

The parties stipulate as follows:

1.   A grand jury indicted the defendant and others on July 12, 2024, charging him in count one of violating 21 U.S.C. § 846 and 841(a)(1), conspiracy to possess with intent to distribute methamphetamine, and 21 U.S.C. § 846 and 841(b)(1)(C), possession with intent to distribute methamphetamine. A status conference is currently set for September 17, 2025, with time excluded to that date.

2.   The government produced initial and supplemental discovery.

3.   On April 28, 2025, the parties executed and filed a signed plea agreement in this case. [ECF 272.]

4.   Now, the parties agree to set a change of plea hearing on July 14, 2025, and to vacate the September 17, 2025, status conference as to this defendant only. The parties cleared this date with the

district court. Time is excluded beyond this date.

IT IS SO STIPULATED.

Dated: May 18, 2025

MICHELE M. BECKWITH
Acting United States Attorney

*/s/ Cody Chapple*
Justin Gilio
Cody Chapple
Assistant United States Attorney

Dated: May 18, 2025

*/s/ Douglas C. Foster*
Douglas C. Foster
Law Offices of Douglas C. Foster
Counsel for Jesus Rafael Ulloa Vallejo

## ORDER

The Court has read and considered the parties' stipulation to vacate the status conference and set a change of plea hearing.

Therefore:

1. The status conference set for September 17, 2025, is **vacated** as to defendant Jesus Rafael Ulloa Vallejo only; and

2. A Change of Plea Hearing will be set on **July 14, 2025, at 9:00 am before District Judge Jennifer L. Thurston.**

IT IS SO ORDERED.

DATED: 5/23/2025

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2