DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
JESUS RAFAEL ULLOA VALLEJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS RAFAEL ULLOA-VALLEJO,<br><br>Defendant. | Case No. 1:24-cr-00128 JLT SKO<br><br>STIPULATION AND ORDER<br>TO CONTINUE SENTENCING AND RE-SET<br>DEADLINES FOR OBJECTIONS. |

   Due to the fact that defense counsel has been in trial in the ongoing homicide trial of People v. Ulises Monge (Merced County No. 24cr-01898), counsel and the assigned Probation Officer have been unable to find a mutually agreeable time to complete the pre-sentence interview ahead of Mr. Ulloa-Vallejo's sentencing hearing. That interview is now scheduled to occur on September 26, 205. Following the interview, the probation officer will need sufficient time to complete the draft pre-sentencing report.

   In light of the foregoing, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in this matter currently scheduled for November 10, 2025, be continued to January 12, 2026. The parties further stipulate

that the deadline for filing objections be reopened, and new dates set as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | January 12, 2026 |
| Reply, or Statement of Non-Opposition | January 5, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no later than: | December 29, 2025 |
| The Final Presentence Report Shall be Filed with the Court and Disclosed to Counsel no later than: | December 22, 2025 |
| Counsel's Informal Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no later than: | December 15, 2025 |
| The Draft Presentence Report Shall be Disclosed to Counsel no later than | December 1, 2025 |

T IS SO SIPULATED:

                                              Eric Grant
                                              United States Attorney

DATED: 9/26/25                          /s/ Cody Chapple
                                              CODY CHAPPLE
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

DATED: 9/26/25                          /s/ Douglas Foster
                                              DOUGLAS C. FOSTER
                                              Law Offices of Douglas C. Foster
                                              Attorney for Defendant
                                              Jesus Rafael Ulloa-Vallejo

# ORDER

The court has reviewed and considered the stipulation filed by the parties on September 26, 2025, and reviewed the record of this case. For the reasons stated in the stipulation, the request to continue sentencing is GRANTED.

IT IS SO ORDERED that sentencing in this matter shall be continued to January 12, 2026, at 9:00 a.m. IT IS FURTHER ORDERED that the deadlines for filing of objections shall be reopened and the schedule for filing be reset as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | January 12, 2026 |
| Reply, or Statement of Non-Opposition | January 5, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no later than: | December 29, 2025 |
| The Final Presentence Report Shall be Filed with the Court and Disclosed to Counsel no later than: | December 22, 2025 |
| Counsel's Informal Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no later than: | December 15, 2025 |
| The Draft Presentence Report Shall be Disclosed to Counsel no later than | December 1, 2025 |

IT IS SO ORDERED.

Dated:  **September 26, 2025**

UNITED STATES DISTRICT JUDGE

USA v. Ulloa-Vallejo – Stipulation and Order to Continue Sentencing