# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS RAFAEL ULLOA VALLEJO,<br><br>Defendant. | Case No.  1:24-cr-00128-JLT-SAB-13<br><br>ORDER GRANTING MOTION TO EXONERATE BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY<br><br>(ECF No. 440) |

As relevant here, on July 23, 2024, the duty Magistrate Judge held a detention hearing as to Defendant Jesus Rafael Ulloa Vallejo and ordered that Defendant would be released on a $10,000 cash bond.  (ECF No. 177.)  On July 26, 2024, Surety Marleny Barajas Zarazua posted a cash bond in the amount of $10,000 (Receipt # 100003251-100003260).  (ECF No. 187.) Defendant and Surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence."  (ECF No. 189.)

On January 21, 2026, the District Judge, following a plea agreement (ECF No. 272), entered judgment and sentenced Defendant to, *inter alia*, 51 months of imprisonment on Count 5 of the indictment.  (ECF No. 399.)  Defendant was ordered to self-surrender on March 11, 2026. (Id.)  However, on that same date, Defendant was taken into custody by Immigration and Customs Enforcement agents as he left the courtroom and has since been deported.  (See ECF

No. 440.)

In light of the foregoing, counsel for Defendant has moved that the bond be exonerated pursuant to Federal Rule of Criminal Procedure 46(g) and that the cash be distributed to Surety Marleny Barajas Zarazua.  (ECF No. 440.)  The Government has filed a non-opposition to the motion.  (ECF No. 441.)

Accordingly, IT IS HEREBY ORDERED THAT Defendant's motion to exonerate bond is GRANTED.  (ECF No. 440.)  IT IS FURTHER ORDERED THAT the $10,000 appearance bond posted by Surety Marleny Barajas Zarazua on behalf of Defendant Jesus Rafael Ulloa Vallejo is exonerated.  The Clerk of Court is DIRECTED to serve a copy of this order on Marleny Barajas Zarazua, as well as reconvey the $10,000 cash bond to Marleny Barajas Zarazua at the address of record.

IT IS SO ORDERED.

Dated:    **May 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2